IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTONIO DUDLEY, <br> TDCJ #00567960, <br><br> Petitioner, <br><br> v. <br><br> LORIE DAVIS, <br><br> Respondent. | § § § § § § § § § § § | CIVIL ACTION NO. H-20-937 |

## FINAL JUDGMENT

For the reasons set forth in the Court's Memorandum and Order of Dismissal signed on this day, this case is **DISMISSED** without prejudice as a successive petition.

A certificate of appealability is **DENIED**.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 21st day of March, 2020.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE